Decision Per Curiam.

---

Nashville Packing Company, a corporation under the laws of the State of Tennessee, Plaintiff in Error, vs. National Bank of the State of Florida, a corporation under the laws of the United States, Defendant in Error.

Writ of error to Circuit Court, Duval County; R. M. Call, Judge.

*H. H. Buckman,* for Plaintiff in Error.

---

Memorandum Decisions.

---

*A. W. Cockrell & Son,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.